Wrongful Eviction of a Federal Witness

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 28 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Case # _____

Plaintiffs:

Deidra Alia McClendon federal witness 61863-019
Deidra Alia m Ashby
Deidra Alia m Ashby LLC     **1:25-CV- 4265**
Deloise Moore Development Group LLC
A D Moore & Assoc LLC                    mailing address:
Justmiss Dee2u LLC                       4919 Flat Shoals Pkwy
Mrs Deidra's House LLC                   Unit 107A/212
Alvarmac & Assoc LLC                     Decatur, GA 30034
Moore Financial Solutions LLC
Little Coyote Community LLC


                        v/s.


Halsten Vinings Mountain Apts
3000 Cumberland Club Dr
Atlanta, GA 30339
Bianca Williams Community manager
Janette Olague Leasing Consultant
Kenneth Sokolov Atty


Plaintiffs come now seeking damages in the amount
of 1 Billion USD in damages for various crimes
committed by Defendant. Plaintiff(s) is a
mentally disabled black Native American with
Haitian descent who previously advised
Community Manager Bianca Williams of her federal

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

witness status. Plaintiff also made Community Manager Bianca Williams aware of human trafficking activity in the community that was leading b/f to apartments being sublet by Properties by Preston. Plaintiff further advised the Community Manager to attend evening gatherings that were being held by tenants as they were forming a community neighborhood watch. Plaintiff also advised Community Manager of abandoned vehicles and vehicles that were parking overnight due to the SECURITY GATE not working. Plaintiffs offered to pay 6 months rent to be applied to the repair of such SECURITY GATE and was DENIED. Plaintiff also gave the license plate number SDC0776 of a vehicle trolling the community in the early morning as several vehicles including the Plaintiffs were broken into. Community Manager stated "the Police will do their job eventually" and never made law enforcement aware. Plaintiffs own NUMEROUS businesses and had BUSINESS PROPERTY at the residence that poses a SECURITY/ BREACH to clients personal information as previously occured on 3/20/23 in Dekalb case 23-060941 leading to Travelers Insurance claims 1GR9936. Furthermore, all payments of rent were made by Certified Cashiers check from Bank of America in the names of said businesses. GA Power account was also in the name of Deidra Alia M Ashby LLC. Community Manager also stated that the FREE RENT promotion would apply to July 2025 as advertised. Furthermore,

Communities have the RESPONSIBILITY to ensure the safety of it's residents. Leasing Consultant was made aware of several items that were NOT working in the apartment such as the stove, upstairs bathroom toilet, urine in bedrooms, extreme filth as Leasing Consultant verified that cleaners did NOT have time to clean despite tenant being notified that property would NOT be available/READY until 5/8/25. Tenant also stated via email that FURTHER rent payments would be held in escrow by Attorney Grant Damon Feng; General counsel for Amazon.com with the email address of grantdamonfeng@dwt.com, until all repairs were made including telephone jacks that were supposed to be removed after renovation.

## Counts

(1) Wrongful eviction of a mentally disabled black Native American person per the Americans w/ Disabilities Act

(2) Retaliation for challenging a SLUM LORD.

(3) Failure to provide working amenities as listed in lease agreement

(4) Discrimination of a mentally disabled Native American person

(5) Failure to report crime to local law enforcement

(6) Failure to provide FREE RENT as advertised for July 2025

(7) Wrongful eviction of BUSINESS PROPERTY

(8) Retaliation for uniting the community and organizing Neighborhood Watch.

(9) Intimidation of a mentally disabled person per the Americans with Disabilities Act

(10) Failure to Keep tenants and their property free from harm

(11) Negligence as to count (1)

(12) Negligence as to count (3)

(13) Negligence as to count (4)

(14) Negligence as to count (5)

(15) Negligence as to count (6)

(16) Negligence as to count (7)

(17) Negligence as to count (9)

(18) Negligence as to count (10)

(19) Failure to report human trafficking as posted on Facebook by Johnny Carino aka Jackson English as reported to Cobb County Police Sgt. Kramer

(20) Negligence in regards to count (19)

(21) Failure to keep federal witness safe

(22) Failure to protect federal evidence

(23) Negligence in regards to court (21)

(24) Negligence in regards to court (22)

(25) Failure to provide emergency services as stated in lease, Working landline telephone for emergency services

(26) Negligence in regards to court (25)

(27) Retaliation for NOTICE of ESCROW

(28) Theft of clients personal information