**1:25-CV-4265**

TRJ LTW 550 42:1983pr

## CIVIL COVER SHEET FOR A PRISONER CASE

JUDGE __JOHNSON__            DIVISION __ATLANTA__
MAG. JUDGE __WALKER__        IFP __N__    FEE __N__
DATE FILED __07/28/2025__    PREVIOUS CASES __Y__

NAME __DEIDRA ALIA MCCLEDON__         I.D. # __2302265__
PRO SE _____            ATTORNEY _____
PLACE OF INCARCERATION __GWINNETT COUNTY JAIL__
CITY __LAWRENCEVILLE__    STATE __GA__    COUNTY __GWINNETT__

| JURISD. | NOS | CAUSE | DESCRIPTION |
|---|---|---|---|
| 3 | 530 | ___ 28:2254 | Habeas action by a State prisoner challenging state convictions or sentence. |
| 3 | 535 | ___ 28:2254d | Habeas action by a State prisoner under a DEATH sentence. ___ SEND TO DISTRICT JUDGE. |
| 3 | 530 | ___ 28:2241st | Habeas action by a State prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.). |
| 2 | 530 | ___ 28:2241fd | Habeas action by a Federal prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.). |
| 2 | 463 | ___ 28:2241fd | Habeas action by a Federal alien detainee. |
| 3 | 550 | ___ 42:1983pr | State or Federal prisoner civil rights action suing state officials not involving prison conditions. (A/K/A "Bivens action"). |
| 2 | 550 | ___ 28:1331pr | Prisoner civil rights action suing federal officials not Involving prison conditions. (A/K/A "Bivens actions"). |
| 3 | 555 | ___ 42:1983pr | State prisoner civil rights action involving prison conditions. |
| 2 | 555 | ___ 28:1331pr | Prisoner civil rights action suing Federal officials involving prison conditions. (A/K/A "Bivens action"). |
| 2 | 540 | ___ 28:1346 | Prisoner Federal Tort Claim. (Against U.S.) |
| 2 | 540 | ___ 28:1361pr | Action to compel U.S. officer to perform a duty MANDAMUS. |
| 4 | 540 | ___ 28:1332 | Any prisoner action based on diversity. |
| ___ | 540 | ___ ___ | OTHER:_____ |

_____ DOCKET CLERK:  Place cover sheet in acco on top of docket sheet and file, and FORWARD to Magistrate Judge assigned for IFP and/or frivolity determinations.

_____ STAFF LAW CLERK:

____ Pauper's affidavit insufficient or no affidavit

____ Complaint or petition not signed or is incomplete

____ No copies

____ Other: _____

D. Ashby 23022265
12501 University Pkwy
Lawrenceville GA 30043

GWINNETT COUNTY
JAIL
UNIT B
Atlanta, GA 30303
U.S. Marshals Service

JUL 2 8 2025

CLEARED DATE

FOREVER / USA

1:25-CV-4265

Clerk of Courts
United States Courthouse
75 Spring St
Atlanta, GA 30303

Legal Mail

GWINNETT COUNTY
JAIL
UNIT B



FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022